Nazo Koulloukian
 nazo@koullaw.com
Koul Law Firm, APC
3435 Wilshire Blvd., Suite 1710
Los Angeles, CA 90010
Attorneys for Plaintiff Arturo Munoz Ruiz

Melvin L. Felton, Esq. (SBN 276047)
*mfelton@sandersrobert.com*
Stephanie Jones Nojima, Esq. (SBN 178453)
*sjonesnojima@sandersroberts.com*
**SANDERS ROBERTS LLP**
1055 W. 7th Street, Suite 3200
Los Angeles, CA 90017
Phone: (213) 426-500
Fax: (213) 234-4581
Attorneys for Defendant, WAYFAIR, LLC

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| ARTURO MUÑOS RUIZ, *an individual,*<br>     Plaintiff,<br><br>vs.<br><br>WAYFAIR LLC, *a Delaware Limited Liability Corporation*; CHRISTOPHER GUTIERREZ, *an individual;* JOE MATUS, *an individual;* and DOES 1 through 100, inclusive,<br><br>     Defendants. | Case No. 5:22−cv−01552−SSS−DTBx<br><br>**ORDER GRANTING DISMISSAL** |

ORDER GRANTING DISMISSAL

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

Dated: May 13, 2024

_____
Hon. Sunshine S. Sykes
UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING DISMISSAL